Luther Lee JACKSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28804.

Court of Criminal Appeals of Texas.

Feb. 6, 1957.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This purports to be an appeal from a conviction for transporting intoxicating liquors in a dry area, with punishment assessed at a fine of $100 and thirty days in jail.

No notice of appeal is shown. The absence of a notice of appeal deprives this court of jurisdiction.

The appeal is dismissed.